UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MARIE LAURETTE DUSSAULT,

                          Plaintiff,

       -against-

THE REPUBLIC OF ARGENTINA,

                          Defendant.
-------------------------------------------------------------x

Case No. 06-CV-13085-TPG

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that, upon the Declaration of Robert L. Lash, dated August 15, 2014, and exhibits thereto, the accompanying memorandum of law, and all other papers and proceedings herein, Plaintiff Marie Laurette Dussault ("Dussault") will move this court at a date and time to be set by the court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 26B, before the Honorable Thomas P. Griesa, for an Order pursuant to Rule 69(a)(1) of the Federal Rules of Civil Procedure and Section 5225(b) of the New York Civil Practice Rules for an order to be issued against Bank of New York Mellon ("BNY"), the trustee for Defendant Republic of Argentina ("the Republic"), to pay Plaintiff or deliver to Plaintiff funds deposited by the Republic with BNY in the amount to satisfy Plaintiff's judgment and post-judgment interest, in substantially the form attached as Exhibit F to the accompanying Declaration of Robert L. Lash, and for such other and further relief as the court deems just and proper.

Dated:  New York, New York
        August 18, 2014

                                    HERZFELD & RUBIN, P.C.

                                    By:  _____
                                         Robert L. Lash (RL 0925)
                                         Lydia Ferrarese
                                    125 Broad Street
                                    New York, New York 10004
                                    (212) 471-8500
                                    rlash@herzfeld-rubin.com
                                    lferrarese@herzfeld-rubin.com

                                    *Attorneys for Plaintiff Marie*
                                    *Laurette Dussault*

TO:     Carmine D. Boccuzzi, Jr.
        Cleary Gottlieb Steen & Hamilton LLP
        *Attorneys for Defendant Republic of Argentina*
        One Liberty Plaza
        New York, New York 10006
        maofiling@cgsh.com

2