

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Robert L. Lash**
Direct Line: (212) 471-8533
rlash@herzfeld-rubin.com

August 18, 2014

<u>Via ECF</u>

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Marie Laurette Dussault v. The Republic of Argentina*
      Case No. 06-CV-13085(TPG)

Dear Judge Griesa:

We represent plaintiff, Marie Laurette Dussault, in this matter. On June 17, 2014, we filed a motion seeking injunctive relief in connection with *the pari passu* provision, and we write as follow-up to our July 2, 2014 letter to the court.

In the intervening 6 weeks, the Republic has made absolutely no efforts to engage Plaintiff in settlement talks, despite our express indication to the Republic's counsel that we stand ready to engage in those discussions. Moreover, it is our understanding based on published reports that the Republic has engaged in discussions to settle with the NML plaintiffs only, as the NML plaintiffs are the only ones to whom the court has granted this injunctive relief.

We also understand that the court has recently established a briefing schedule on a motion seeking similar relief filed by Silvia Seijas et al.( case nos.: 04-cv-400, 04-sv-401), Cesar Raul Castro (case no.: 04-cv-506), Hickory Securities Ltd. (case no. 04-cv-936), Elizabeth Andrea Azza et al. (case nos.: 04-cv-937; 04-cv-1085), Eduardo Puricelli (case no: 04-cv-2117), and Ruben Daniel Chorny (case no. 04-cv-2118), which motion was filed after Plaintiff's motion.

We therefore request, as indicated in our July 2 letter, that the court either grant Plaintiff's motion, given that the Republic's time under the court's rules to file a substantive

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460



Honorable Thomas P. Griesa
August 18, 2014
Page 2

determined. Without the protection of the Court's injunctive relief, the Republic has shown time and again that it will take virtually any action to avoid the judgments entered against it.

                                      Respectfully,

                                      Robert L. Lash

cc:    Carmine D. Boccuzzi, Jr., Esq. (counsel for The Republic of Argentina)
        Rocco Lamura, Esq. (co-counsel for Plaintiff)