

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Robert L. Lash**
Direct Line: (212) 471-8533
rlash@herzfeld-rubin.com

August 29, 2014

<u>Via ECF</u>

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Marie Laurette Dussault v. The Republic of Argentina*
     Case No. 06-CV-13085(TPG)

Dear Judge Griesa:

  We represent plaintiff, Marie Laurette Dussault, in this matter. This letter is in response to the letter filed by the Republic yesterday concerning Plaintiff's motion seeking injunctive relief in connection with the *pari passu* provision, which Plaintiff filed on June 17, 2014. Plaintiff disputes the arguments and the characterization of the facts made by the Republic in its letter.

  In its letter, however, the Republic indicates that it can file its opposition to Plaintiff's motion by September 26, 2014.

  We therefore request, that the court either grant Plaintiff's motion, given that the Republic's time under the court's rules to file a substantive opposition had lapsed, or establish a briefing schedule accordingly so that our motion can be determined.

                Respectfully,

                *Robert L. Lash*
                Robert L. Lash

cc: Carmine D. Boccuzzi, Jr., Esq. (counsel for The Republic of Argentina)
   Rocco Lamura, Esq. (co-counsel for Plaintiff)