AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | |
|---|---|
| MARIE LAURETTE DUSSAULT ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  06-CV-13085-TPG |
| THE REPUBLIC OF ARGENTINA ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Marie Laurette Dussault

Date:     10/09/2014

*Attorney's signature*

Malerie Ma (MM - 5280)
*Printed name and bar number*

Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York 10004
*Address*

mma@herzfeld-rubin.com
*E-mail address*

(212) 471-8500
*Telephone number*

(212) 344-3333
*FAX number*