

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW       125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Lydia Ferrarese**
Direct Line: (212) 471-8543
lferrarese@herzfeld-rubin.com

October 15, 2014

<u>Via ECF</u>

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Marie Laurette Dussault v. The Republic of Argentina*
     Case No. 06-CV-13085(TPG)

Dear Judge Griesa:

  We represent Plaintiff Marie Laurette Dussault, and write respectfully to request that oral argument be held with respect to Plaintiff's pending motion pursuant to CPLR §5225(b) seeking turnover of funds illegally transferred by the Republic of Argentina and currently held by Bank of New York Mellon.

  For the purposes of judicial economy and efficiency, Plaintiff further respectfully requests that oral argument in this proceeding be coordinated with the argument requested by Attorney Anthony J. Costantini of Duane Morris, in his letter to Your Honor of October 9, 2014, in the separate but related turnover proceeding entitled *Applestein v. Republic of Argenitna*, No. 02-CV-04124 (TPG), and the additional, related cases.

              Respectfully,

              Lydia Ferrarese

cc: Carmine D. Boccuzzi, Jr., Esq. (counsel for The Republic of Argentina)
   Anthony J. Costantini, Esq. (counsel for Plaintiff Allan Allenstein et al.)
   Eric Schaffer, Esq. (counsel for Bank of New York Mellon)
   Christopher Clark (counsel for Non-Parties Euro Bondholders)
   Rocco Lamura, Esq. (co-counsel for Plaintiff)