Case 1:06-cv-13085-TPG   Document 86   Filed 10/28/14   Page 1 of 1



# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW   125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/14

**Lydia Ferrarese**
Direct Line: (212) 471-8543
lferrarese@herzfeld-rubin.com

October 28, 2014

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    Dussault v. The Republic of Argentina
              Case No.: 06 Civ. 13085
              <u>Our File No.: 81445.0001</u>

Dear Judge Griesa:

    Robert Lash is no longer employed by the firm. As such we respectfully request that he be removed from this case.

    If you have any questions, do not hesitate to contact me.

Very truly yours,

HERZFELD & RUBIN, P.C.

Lydia Ferrarese

*approved*
*Thomas P. Griesa*

LF/rd

AFFILIATES

LIVINGSTON, NEW JERSEY    LOS ANGELES, CALIFORNIA    GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA    YANGON, MYANMAR