

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Lydia Ferrarese**
Direct Line: (212) 471-8543
lferrarese@herzfeld-rubin.com

June 8, 2015

Via ECF

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:   *Marie Laurette Dussault v. The Republic of Argentina*
             Case No. 06-CV-13085(TPG)

Dear Judge Griesa:

     We represent plaintiff judgment-creditor Marie Laurette Dussault in this matter. On May 25, 2012 Plaintiff obtained a judgment against the Republic, which remains unpaid to this date. As the Court is well aware, the Republic has refused to satisfy its payment obligations and has gone to extraordinary lengths to frustrate any attempt of recovery. Similarly, Plaintiff's attempts to reach a settlement have been disregarded by the Republic.

     On June 17, 2014 Plaintiff filed a motion seeking injunctive relief in connection with the Republic's violation of the *pari passu* provision. The motion is currently pending before this Court. The Republic has never filed an opposition to Plaintiff's motion, but summarized its arguments, in opposition, in various letters to the Court. The Republic raised the same arguments in actions brought by thirty-six Plaintiffs who sought the same relief pursued by Plaintiff for violation of a *pari passu* clause including identical language (the "*Pari Passu* Plaintiffs").

     On June 4, 2015 the Court granted relief to the *Pari Passu* Plaintiffs rejecting the same arguments the Republic has raised in this matter. Annexed hereto is a copy of Your Honor's Opinion and Order of June 5, 2015.

     We therefore request that the Court grant Plaintiff's motion given the Court's June 4, 2015 Order and the fact that the Republic's time under the Court's rules to file a substantive opposition lapsed.



Honorable Thomas P. Griesa
June 8, 2015
Page 2

                                                Respectfully,

                                                Lydia Ferrarese

Encl.

cc:    Carmine D. Boccuzzi, Jr., Esq. (counsel for The Republic of Argentina)
        Rocco Lamura, Esq. (co-counsel for Plaintiff)