

HERZFELD &
RUBIN, P.C.
ATTORNEYS AT LAW      125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Lydia Ferrarese**
Direct Line: (212) 471-8543
lferrarese@herzfeld-rubin.com

October 16, 2015

Via ECF

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Marie Laurette Dussault v. The Republic of Argentina*
      Case No. 06-CV-13085(TPG)

Dear Judge Griesa:

  We represent Plaintiff Marie Laurette Dussault in this action. In compliance with Your Honor's order dated August 3, 2015, we intend to refile Ms. Dussault's motion for equitable relief under the *pari passu* clauses governing her bonds. At the Court's request, we have reached a briefing schedule with counsel for the Republic as follows:

- Plaintiff's motion for equitable relief: **November 13, 2015**
- Republic's response: **January 29, 2016**
- Plaintiff's reply: **February 12, 2016**

  This tracks the briefing schedule in *Trinity Investments Ltd. v. Republic of Argentina*, No. 14 Civ. 9090 (TPG) and *Red Pines LLC v. Republic of Argentina*, No. 14 Civ. 9427 (TPG), plus additional time for Plaintiff's reply. We respectfully request that the Court so-Order the briefing schedule. Thank you for your time and consideration.


HERZFELD &
RUBIN, P.C.
ATTORNEYS AT LAW

Hon. Thomas P. Griesa
October 16, 2015
Page 2

Respectfully submitted,

Lydia Ferrarese
Counsel for Plaintiff

Enc.
cc: Counsel of Record (via ECF)

SO ORDERED

Thomas P. Griesa
U.S.D.J.

10/19/15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2015