UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE LAURETTE DUSSAULT,<br><br>                      Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                      Defendant. | Case No. 06-CV-13085-TPG<br><br>**NOTICE OF MOTION FOR EQUITABLE RELIEF PURSUANT TO FED. R. CIV. P. 65(d)** |

PLEASE TAKE NOTICE that upon the Declaration of Lydia Ferrarese dated November 13, 2015, the exhibits thereto, and the accompanying Memorandum of Law, Plaintiff Marie Laurette Dussault will move this Court, at a date and time to be determined by this Court, pursuant to Federal Rule of Civil Procedure 65(d), for an order granting equitable relief against Defendant the Republic of Argentina, and for such other relief as this Court deems just and proper.

Dated: New York, New York
        November 13, 2015

                                                            Respectfully submitted,

                                                            HERZFELD & RUBIN, P.C.

                                                            By:    **/s/**
                                                                    Lydia Ferrarese

                                                            125 Broad Street
                                                            New York, New York 10004
                                                            (212) 471-8500
                                                           lferrarese@herzfeld-rubin.com

                                                           *Attorneys for Plaintiff Marie Laurette Dussault*