# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

December 14, 2015

BY ECF

Honorable Thomas P. Griesa
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Dussault v. Republic of Argentina*, No. 06 Civ. 13085 (TPG)

Dear Judge Griesa:

      We write in connection with plaintiff Dussault's motion for equitable relief (the "Motion") in the above-captioned action. On August 3, 2015, Your Honor ordered that plaintiff's Motion – which seeks equitable relief pursuant to the *pari passu* clause of bonds governed by English law – "track the briefing schedule in the *Red Pines* and *Trinity Investments* cases." Order at 3, *Dussault v. Republic of Argentina*, No. 06 Civ. 13085 (TPG) (S.D.N.Y. Aug. 3, 2015) (ECF No. 93). A briefing schedule for the Motion was subsequently entered in accordance with that of the *Red Pines* and *Trinity Investments* cases. Order at 2, *Dussault v. Republic of Argentina*, No. 06 Civ. 13085 (TPG) (S.D.N.Y. Oct. 19, 2015) (ECF No. 95).

      On December 4, 2015, the Court entered this revised schedule in the *Red Pines* and *Trinity Investments* cases:

- Republic's replies in support of the Republic's Partial Summary Judgment Motions and responses to Plaintiffs' Cross-Motions: February 12, 2016,

- Plaintiffs' replies in support of Plaintiffs' Cross-Motions: March 18, 2016.

Hon. Thomas P. Griesa, p. 2

*See* Order, *Trinity Investments Ltd. v. Republic of Argentina*, No. 14 Civ. 9095 (TPG) (S.D.N.Y. Dec. 4, 2015) (ECF No. 45); Order, *Red Pines LLC v. Republic of Argentina*, No. 14 Civ. 9427 (S.D.N.Y. Dec. 4, 2015) (ECF No. 45).

To ensure that this revised schedule is reflected in the above-captioned action, we respectfully request – with agreement from plaintiff – that the Court so-Order the following schedule:

- Republic's response to Plaintiff's Motion for Equitable Relief: February 12, 2016,

- Plaintiff's reply in support of her Motion for Equitable Relief: March 18, 2016.

Respectfully submitted,

Carmine D. Boccuzzi

cc: Counsel of Record (by ECF)

SO ORDERED:

_____
U.S.D.J.