# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
THOMAS J MOLONEY
JONATHAN I BLACKMAN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
STEVEN M HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
CRAIG B BROD
MITCHELL A LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN

NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
DIANA L WOLLMAN
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI, JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRALDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT

PAMELA L MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
DANIEL ILAN
MEYER H FEDIDA
ADRIAN R LEIPSIC
ELIZABETH VICENS
ADAM BRENNEMAN
ARI MACKINNON
JAMES E LANGSTON
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY, JR
KATHLEEN M EMBERGER
WALLACE L LARSON, JR
JAMES D SMALL
AVRAM E LUFT
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
JOHN V HARRISON
CAROLINE F HAYDAY
DAVID FLECHNER
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

December 14, 2015

BY ECF

Honorable Thomas P. Griesa
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2015

Re: *Dussault v. Republic of Argentina*, No. 06 Civ. 13085 (TPG)

Dear Judge Griesa:

We write in connection with plaintiff Dussault's motion for equitable relief (the "Motion") in the above-captioned action. On August 3, 2015, Your Honor ordered that plaintiff's Motion – which seeks equitable relief pursuant to the *pari passu* clause of bonds governed by English law – "track the briefing schedule in the *Red Pines* and *Trinity Investments* cases." Order at 3, *Dussault v. Republic of Argentina*, No. 06 Civ. 13085 (TPG) (S.D.N.Y. Aug. 3, 2015) (ECF No. 93). A briefing schedule for the Motion was subsequently entered in accordance with that of the *Red Pines* and *Trinity Investments* cases. Order at 2, *Dussault v. Republic of Argentina*, No. 06 Civ. 13085 (TPG) (S.D.N.Y. Oct. 19, 2015) (ECF No. 95).

On December 4, 2015, the Court entered this revised schedule in the *Red Pines* and *Trinity Investments* cases:

- Republic's replies in support of the Republic's Partial Summary Judgment Motions and responses to Plaintiffs' Cross-Motions: February 12, 2016,

- Plaintiffs' replies in support of Plaintiffs' Cross-Motions: March 18, 2016.

Hon. Thomas P. Griesa, p. 2

*See* Order, *Trinity Investments Ltd. v. Republic of Argentina*, No. 14 Civ. 9095 (TPG) (S.D.N.Y. Dec. 4, 2015) (ECF No. 45); Order, *Red Pines LLC v. Republic of Argentina*, No. 14 Civ. 9427 (S.D.N.Y. Dec. 4, 2015) (ECF No. 45).

To ensure that this revised schedule is reflected in the above-captioned action, we respectfully request – with agreement from plaintiff – that the Court so-Order the following schedule:

- Republic's response to Plaintiff's Motion for Equitable Relief: February 12, 2016,

- Plaintiff's reply in support of her Motion for Equitable Relief: March 18, 2016.

Respectfully submitted,

Carmine D. Boccuzzi

cc: Counsel of Record (by ECF)


SO ORDERED:

Thomas P. Griesa

U.S.D.J.   12/15/15